```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS VAQUEZ,

                     Petitioner,

-against-

McGUINNESS, Shawangunk Superintendent,

                     Respondent.

23-CV-7501 (MKV)

ORDER TO ANSWER,
28 U.S.C. § 2241

MARY KAY VYSKOCIL, United States District Judge:

    The Clerk of Court is directed to serve a copy of this order and the petition on the Attorney General of the State of New York and on the District Attorney of Bronx County by electronic means through the use of the court's CM/ECF system.

    Within sixty days of the date of this order, Respondent must file and serve (1) an answer, motion, or other response to the petition, and (2) the transcripts and briefs identified in Rule 5(c) of the Rules Governing Section 2254 Cases in the United States District Courts.

    Petitioner may file and serve any reply papers within thirty days from the date Petitioner is served with Respondent's answer.

SO ORDERED.

Dated:   September 25, 2023
           New York, New York

                                                    *Mary Kay Vyskocil*
                                                    MARY KAY VYSKOCIL
                                                    United States District Judge