USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2026 JUL 21 PM 12: 00

LUIS VASQUEZ,

Petitioner,

-against-

THOMAS MCGUINNESS, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY,

Respondent.

DECLARATION REQUESTING EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION

23-cv-7501 (MKV)(KHP)

TO: THE HONORABLE MARY KAY VYSKOCIL, UNITED STATES DISTRICT JUDGE

The following is a request for an extention of time in order to reviewwthe Report and Recommendation (written by Hon. Katharine H. Parker, U.S.M.J.) and received by petitioner on July 12? 2026 via prison legal mail (Petitioner signed the logbook on this date).

Upon cursory review of the documents, the final page entitled "Notice" advised that petitioner has seventeen days to object to the Report and Recommendation. Seventeen days from the date of the Report will be July 19, 2026 and Seventeen days from the date of receipt will be July 29, 2026. The notice was not clear on which was applicable.

In any event, even with a good faith try, petitioner would not be able to complete a cogent review and objections to the Report and Recommendations by either date. Reasons being limited access totthe library and resources needed to type up his hand written notes. For example it has taken two days to type this declarationwwhich number about two and a half pages.

As this is the first such request, petitioner respectfully request an

request an extension of sixty days from the date of the Report and Recommendation to run up until and including August 31, 2026.

Respectfully, this will enable petitioner to review the Report and Recommendation and read the statutes and cases law and write out the objections which he will then attempt to type out in the law library.

Thank you for your consideration.

I, LUIS VASQUEZ, DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOUNG IS TRUE AND CORRECT AND THAT THIS DECLARATION REQUESTING EXTENSION OF TIME TO FILE OBJECTIONS TO THE REPORT AND RECOMMENDATION WAS HANDED OVER TO PRISON OFFICIALS FOR MAILING ON JULY 15, 2026 TO THE UNITED STATES DISTRICT COURT, SOUTHER DISTRICT OF NEW YORK.

EXECUTED ON July 15, 2026

Respectfully Submitted,

Luis Vasquez

Luis Vasquez, Pro Se

**Granted. SO ORDERED.**

Date: 7/29/2026
New York, New York

Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge