USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS VAQUEZ,

Petitioner,

-against-

McGUINNESS, Shawangunk Superintendent,

Respondent.

23-CV-7501 (MKV) (KHP)

ORDER ADOPTING REPORT & RECOMMENDATION

MARY KAY VYSKOCIL, United States District Judge:

Luis Vasquez, proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. [ECF No. 1]. The Court referred the petition to Magistrate Judge Valerie Figueredo. [ECF No. 6]. Subsequently, the petition was reassigned to Magistrate Judge Katherine H. Parker.

On July 2, 2026, Magistrate Judge Parker issued a thorough Report and Recommendation recommending that the Court deny the petition in its entirety. [ECF No. 41] (the "R&R").

The parties had fourteen days to file objections. *See* 28 U.S.C. § 636 (b)(1); Fed. R. Civ. P. 72(b)(2); R&R at 49. The Court granted Petitioner an extension of 60 days, through August 31, 2026. [ECF No. 43]. Petitioner has not filed any objections.

When there are no objections, the Court reviews the R&R for clear error. *See, e.g.*, *Urena v. People of State of New York*, 160 F. Supp. 2d 606, 609–10 (S.D.N.Y. 2001) ("To accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." (quoting *Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985))).

The Court has reviewed the R&R for clear error. The Court finds none and agrees with Magistrate Judge Parker that each of the claims in the petition is meritless, procedurally defaulted,

or both. *See* R&R at 21–31 (competency claim reviewable but meritless) (the "Recommendation on Petitioner's Competency Claim"), 31–33 (adjournment claim reviewable but meritless) (the "Recommendation on Petitioner's Adjournment Claim"), 34–36 (prior-crimes claim procedurally defaulted and meritless) (the "Recommendation on Petitioner's Prior-Crimes Claim"), 36–40 (juror-substitution claim procedurally defaulted) (the "Recommendation on Plaintiff's Juror-Substitution Claim"), 40–41 (constitutionality-of-sentence claim procedurally defaulted) (the "Recommendation on Petitioner's Constitutionality-of-Sentence Claim"), 41–42 (repugnancy claim procedurally defaulted and meritless) (the "Recommendation on Petitioner's Repugnancy Claim"), 42–48 (ineffective-assistance claim meritless) (the "Recommendation on Petitioner's Ineffective-Assistance Claim").

The merits-based Recommendation on Petitioner's Competency Claim is amply supported by Magistrate Judge Parker's able analysis of applicable precedent. *See, e.g.*, *United States v. Vamos*, 797 F.2d 1146, 1150 (2d Cir. 1986); *Woodley v. Griffin*, No. 13 Civ. 5541 (TPG), 2015 WL 4897552, at *11 (S.D.N.Y. Aug. 17, 2015), *aff'd*, 652 F. App'x 75 (2d Cir. 2016). The same is true of the Recommendation on Petitioner's Adjournment Claim. *See, e.g.*, *Drake v. Portuondo*, 321 F.3d 338, 344 (2d Cir. 2003); *Marrant v. Cuomo*, 447 Fed. App'x. 234, 236 (2d Cir. 2011) (summary order). The Recommendation on Petitioner's Prior-Crimes Claim finds adequate support both with respect to the procedural-default analysis, *see, e.g.*, *Steinhilber v. Kirkpatrick*, 18 Civ. 1251 (VB) (JCM), 2020 WL 9074808, at *13 (S.D.N.Y. Aug. 21, 2020) (collecting cases), *report and recommendation adopted sub nom. Steinhilber v. Kirkpatrick*, No. 18 Civ. 1251 (VB), 2021 WL 1254554 (S.D.N.Y. Apr. 5, 2021), and on the merits, *see Fernandez v. Ercole*, No. 14 Civ. 2974 (HBP) (RA), 2017 WL 2364371, at *4 (S.D.N.Y. May 31, 2017). The Recommendation on Plaintiff's Juror-Substitution Claim likewise is amply supported. *See, e.g.*, *Jordan v. Lefevre*,

206 F.3d 196, 198–99 (2d Cir. 2000) (applying *Grey v. Hoke*, 933 F.2d 117 (2d Cir. 1991)). As is the Recommendation on Petitioner's Constitutionality-of-Sentence Claim. *See, e.g.*, *id.* Finally, so, too, is the Recommendation on Petitioner's Ineffective-Assistance Claim. *See, e.g.*, *id.*; *see also, e.g.*, *U.S. v. Powell*, 469 U.S. 57, 67 (1984).

The Court therefore adopts the R&R in its entirety as the opinion of the Court. The habeas corpus petition is DENIED. The Clerk of Court is respectfully requested to close this case.

**SO ORDERED.**

**Date: September 15, 2026**
**New York, NY**

Mary Kay Vyskocil

**MARY KAY VYSKOCIL**
**United States District Judge**