**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
LUIS VAQUEZ,

Petitioner,

-against-

McGUINNESS, Shawangunk Superintendent,

Respondent.
----------------------------------------------------------------X

23 **CIVIL** 7501 (MKV)(KHP)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 15, 2026, the Court has adopted the R&R in its entirety as the opinion of the Court. The habeas corpus petition is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

September 17, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**